## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diana L. Light<br>&<br>George M. Light, Jr<br>　　　　　Debtors | BK NO. 18-01722 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for and index same on the master mailing list.

                 Respectfully submitted,

                 **/s/ James C. Warmbrodt, Esquire**
                 James C. Warmbrodt, Esquire
                 Attorney ID: 42524
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 215-627-1322