# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GEORGE M LIGHT, JR.
             DIANA L LIGHT

                  Debtor(s)                CHAPTER 13

             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE
                    Movant
vs.

             GEORGE M LIGHT, JR.           CASE NO: 1-18-01722-HWV
             DIANA L LIGHT

                  Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 23, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1.      A Plan was filed on June 6, 2018.

2.      A Confirmation hearing was held and an Order was entered on August 22, 2018 directing that an amended plan be filed within thirty (30) days.

3.      As of the date of this Motion, an amended plan has not been filed.

4.      The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                    Respectfully submitted,

                    s/  James K. Jones, Esq.
                    Id:  39031
                    Attorney for Trustee
                    Charles J. DeHart, III
                    Standing Chapter 13 Trustee
                    Ste. A, 8125 Adams Drive
                    Hummelstown, PA   17036
                    Ph.  717-566-6097
                    Fax. 717-566-8313
                    eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    GEORGE M LIGHT, JR.
             DIANA L LIGHT

                               CHAPTER 13

              Debtor(s)

             CHARLES J. DEHART, III        CASE NO: 1-18-01722-HWV
             CHAPTER 13 TRUSTEE
                    Movant

**NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date:    November 21, 2018<br><br>Time:    09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                     Charles J. DeHart, III, Trustee
                                     8125 Adams Drive, Suite A
                                     Hummelstown, PA   17036
                                     Phone:  (717) 566-6097
                                     Email:  dehartstaff@pamd13trustee.com

Dated:  October 23, 2018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN      GEORGE M LIGHT, JR.          CHAPTER 13
RE:     DIANA L LIGHT

                                  CASE NO: 1-18-01722-HWV

       Debtor(s)

       CHARLES J. DEHART, III
       CHAPTER 13 TRUSTEE
          Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 23, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

MICHAEL CAUM, ESQUIRE           Served electronically
PO BOX 272
SHREWSBURY, PA   17361-

United States Trustee
228 Walnut Street                   Served electronically
Suite 1190
Harrisburg, PA   17101

GEORGE M LIGHT, JR.
DIANA L LIGHT
427 N. MAIN STREET              Served by 1ST class mail
SHREWSBURY, PA   17361

I certify under penalty of perjury that the foregoing is true and correct.

Date:   October 23, 2018         <u>Vickie Williams</u>
                          for Charles J. DeHart, III, Trustee
                          Suite A, 8125 Adams Dr.
                          Hummelstown, PA   17036
                          Phone:   (717) 566-6097
                          eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   GEORGE M LIGHT, JR.
         DIANA L LIGHT

                  Debtor(s)                    CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                  Movant

         vs.

         GEORGE M LIGHT, JR.                    CASE NO: 1-18-01722-HWV
         DIANA L LIGHT

                  Respondent(s)

<u>**ORDER DISMSSING CASE**</u>

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.