IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| George M Light, Jr. | : | Case No.: 18-01722 |
| Diana L Light | : | Chapter 13 |
| | : | Judge Henry W. Van Eck |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Kimberly A. Bonner (89705)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

18-032629_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| George M Light, Jr. | : | Case No.: 18-01722 |
| Diana L Light | : | Chapter 13 |
| | : | Judge Henry W. Van Eck |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Michael R Caum, Attorney for George M Light, Jr. and Diana L Light, P.O. Box 272, Shrewsbury, PA 17361, mikecaumesq@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 27, 2018:

George M Light, Jr. and Diana L Light, 427 N. Main Street, Shrewsbury, PA 17361

George M Light, Jr. and Diana L Light, 1623 Naturo Road, Towson, MD 21286

DATE: _October 27, 2018_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

18-032629_PS

Case 1:18-bk-01722-HWV    Doc 33    Filed 10/27/18    Entered 10/27/18 15:21:31    Desc
Main Document    Page 2 of 3

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-032629_PS