18-0595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>George M. Light Jr.<br>Diana L. Light<br>                Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>                Movant<br>v.<br>George M. Light Jr.<br>Diana L. Light<br> and<br>Charles J. DeHart, III, Esquire<br>                Respondents | 18-01722 HWV<br><br>Chapter 13 Proceeding<br><br><br>Related to Document #21: |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

      Movant, PENNYMAC LOAN SERVICES, LLC, respectfully withdraws its Objection to Confirmation, which was filed on 06/25/2018, at docket #21.

                                      POWERS KIRN & ASSOCIATES, LLC

                                      By: **/s/ Harry B. Reese, Esqurie**
                                      Attorney ID# 63252
                                      Attorney ID# 310501
                                      Eight Neshaminy Interplex, Suite 215
                                      Trevose, PA 19053
                                      Telephone: 215-942-2090
                                      E-mail: Jill@pkjllc.com
                                      E-mail: Harry.Reese@pkallc.com
                                      Attorney for Movant
                                      Dated: November 1, 2018

18-0595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>George M. Light Jr.<br>Diana L. Light<br>　　　　　　　　　　Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　Movant<br>v.<br>George M. Light Jr.<br>Diana L. Light<br>and<br>Charles J. DeHart, III, Esquire<br>　　　　　　　　　　Respondents | 18-01722 HWV<br><br>Chapter 13 Proceeding<br><br>Related to Document #21: |

**CERTIFICATION OF SERVICE OF**
**PRAECIPE TO WITHDRAW**

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 1, 2018:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first class U.S. mail.

**Parties Served via Electronic Notification:**

Michael R. Caum, Esquire
P.O. Box 272
Shrewsbury, PA 17361
Attorney for Debtor(s)

Charles J. DeHart, III, Esquire
8125 Adams Drive, Suite A
Hummelstown PA 17036
Trustee

**Parties Serviced via First Class Mail:**

George M. Light Jr.
Diana L. Light
427 N. Main Street
Shrewsbury, PA 17361

Debtor(s)

　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　By:  /s/ **Harry B. Reese, Esquire**
　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　Attorney ID# 310501
　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　E-mail: Jill@pkjllc.com
　　　　　　　　　　E-mail: Harry.Reese@pkallc.com
　　　　　　　　　　Attorney for Movant
　　　　　　　　　　Dated: November 1, 2018