IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: George M. Light, Jr. | : Case No: 18-01722 |
| Diana L. Light | : |
| Debtors | : |
| | : Chapter 13 |

**DEBTORS' PRE..CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)**

I, George M. Light, Jr., upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on _____.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 12/6/2018          /s/: Michael R. Caum
                         Michael R. Caum, Esquire
                         PO Box 272
                         Shrewsbury, PA 17361
                         (717) 227-8030

Date: 12/6/2018          /s/: George M. Light, Jr.
                         George M. Light, Jr.,

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: George M. Light, Jr. : Case No: 18-01722
      Diana L. Light :
           Debtors :
            : Chapter 13

## DEBTORS' PRE..CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)

I, Diana L. Light, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on _____.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 12/6/2018                               /s/: Michael R. Caum
                                                                                       Michael R. Caum, Esquire
                                                                                       PO Box 272
                                                                                       Shrewsbury, PA 17361
                                                                                       (717) 227-8030

Date: 12/6/2018                               /s/: Diana L. Light
                                                                                      Diana L. Light