PA 7846
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNYSLVANIA
HARRISBURG DIVISION

IN RE:

GEORGE LIGHT
DIANA LIGHT

Bankruptcy No.: 18-01722 (HWV)

Chapter 13
.

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned herby appears as counsel for MOMA Funding
LLC, successor in interest to Synchrony Bank and its agent, Quantum3 Group LLC, a
creditor and party in interest, and that under Rules 2002 and 9007 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy
Rules for this District ("Local Bankruptcy Rules"), herby requests that all notice given or
required to be given, and all papers and pleadings filed or served or required to be served,
in this case, be given to or served upon:

**William E. Craig, Esquire**
Morton & Craig, LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Fax (856) 722-1554
bcraig@mortoncraig.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules
and Local Bankruptcy Rules but also, without limitation, orders and notices of any
application, motions, petitions, pleadings, request, complaints or demand, whether formal
or informal, whether written or oral and whether transmitted or conveyed by mail, courier
service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior request are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

/s/William E. Craig, Esq.
Morton & Craig, LLC

**By: William E. Craig, Esquire**
Bar I.D. No. 92329

110 Marter Ave.
Suite 301
Moorestown, NJ 08057
(856) 866-0100

Counsel for MOMA Funding LLC, Successor interest to Synchrony Bank and its agent, Quantum3 Group LLC