```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                         Case No. 18-01722-HWV
George M Light, Jr.                                            Chapter 13
Diana L Light
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: LyndseyPr            Page 1 of 1            Date Rcvd: Jan 04, 2019
                                Form ID: nthrgreq          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bnc-quantum@quantum3group.com Jan 04 2019 19:16:01
              Quantum3 Group LLC, as agent for Comenity Capital,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association Et Al...
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina Velter    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 amps@manleydeas.com
              Karina Velter    on behalf of Creditor   Wilmington Trust, National Association Et Al...
               amps@manleydeas.com
              Michael R Caum    on behalf of Debtor 2 Diana L Light mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor 1 George M Light, Jr. mikecaumesq@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   American Honda Finance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor   Quantum3 Group, LLC as agent for MOMA Funding LLC,
               successor in interest to Synchrony Bank ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Quantum3 Group LLC, as agent for Comenity Capital Bank
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                       TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George M Light Jr.
    **Debtor 1**

Diana L Light
    **Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:18−bk−01722−HWV

Document Number: 45

Matter: Objection to Claim #9

George M. Light, Jr.
Diana L. Light
**Movant(s)**

vs.

Quantum3 Group LLC as agent for
Comenity Capital Bank
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 25, 2018.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | Date: February 27, 2019<br>Time: 09:35 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 4, 2019 |

nthrgreq(05/18)