IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>George M. Light Jr.<br>Diana L. Light<br><br>　　　　　　　　　　　　Debtors | Chapter 13 Proceeding<br><br>18-01722 HWV<br><br>Claim No. 4-1 |

### NOTICE OF EXTENDED FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC

Now comes PENNYMAC LOAN SERVICES, LLC ("Creditor"), by and through undersigned counsel, and hereby submits this Notice of Forbearance Agreement to the Court regarding the Debtors' request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtors recently requested a forbearance period of three (3) months in which the Debtors will not tender mortgage payments to Creditor that would come due on the mortgage starting April 2020 through June 2020. *__Debtor has requested an Extension of the Forbearance period, this agreement will now extent though an additional three (3) months to include July 2020 through September 2020__*.

Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect any post-petition escrow shortage. During the forbearance period Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Because of the uncertainties surrounding how long this pandemic will last, Creditor will work with Debtors or Debtors' counsel to determine when Debtors will be able to resume making mortgage payments and when/how the Debtors will cure the delinquency created by the forbearance period ("forbearance arrears:). Once the forbearance plan ends and the Creditor and Debtors or Debtors' counsel agree on an appropriate repayment or loss mitigation program, Creditor will file a notice or an amended/supplemental claim consistent with local practice.

Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or non-payment of property taxes.

| | |
|---|---|
| August 10, 2020 | **/s/ Sarah K. McCaffery, Esquire**<br>POWERS KIRN, LLC<br>Jill Manuel-Coughlin, Esquire; ID #63252<br>Harry B. Reese, Esquire; ID #310501<br>Sarah K. McCaffery, Esquire; ID #311728<br>Eight Neshaminy Interplex, Suite 215<br>Trevose, PA 19053<br>Telephone: 215-942-2090; Facsimile: 215-942-8661<br>Email: bankruptcy@powerskirn.com<br>Attorney for Movant |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>George M. Light Jr.<br>Diana L. Light<br><br>Debtors | Chapter 13 Proceeding<br><br>18-01722 HWV<br><br>Claim No. 4-1 |

**CERTIFICATE OF SERVICE**

I, as counsel for PENNYMAC LOAN SERVICES, LLC, hereby certify that a copy of the Notice of Forbearance Agreement was served upon the following persons by electronic notification and/or first class U.S. mail, on August 10, 2020:

**Parties Served via Electronic Notification:**

Michael R. Caum, Esquire
P.O. Box 272
Shrewsbury, PA 17361
Attorney for Debtors

Charles J. DeHart, III, Esquire
8125 Adams Drive, Suite A
Hummelstown PA 17036
Trustee

**Parties Serviced via First Class Mail:**

George M. Light Jr.
Diana L. Light
427 N. Main Street
Shrewsbury, PA 17361
Debtors

        **/s/ Sarah K. McCaffery, Esquire**
        POWERS KIRN, LLC
        Jill Manuel-Coughlin, Esquire; ID #63252
        Harry B. Reese, Esquire; ID #310501
        Sarah K. McCaffery, Esquire; ID #311728
        Eight Neshaminy Interplex, Suite 215
        Trevose, PA 19053
        Telephone: 215-942-2090; Facsimile: 215-942-8661
        Email: bankruptcy@powerskirn.com
        Attorney for Movant