**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: George M Light, Jr
     Diana L Light

                  Case No.: 1-18-01722HWV

                  Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Pennymac |
| Court Claim number | 4 |
| Last Four of Loan Number: | 0009 |
| Property Address if applicable: | 427 N Main St |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $576.83 |
| b. | Prepetition arrearages paid by the trustee: | $576.83 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $576.83 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: August 16, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:     George M Light, Jr                  Case No.: 1-18-01722HWV
        Diana L Light                        Chapter 13

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on August 16, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Michael Caum, Esquire
PO Box 272
Shrewsbury PA 17361

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021

George M Light
Diana L Light
427 N Main St
Shrewsbury PA 17361

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2023             /s/ Liz Joyce
                                         Office of the Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-01722     **GEORGE M LIGHT, JR.**

**PENNYMAC LOAN SERVICES, LLC**

Sequence: 24
Modify:
Filed Date:
Hold Code:

P.O. BOX 660929
DALLAS, TX   75266-0929

Acct No: 427 N Main St - PRE-ARREARS

ARREARS - 427 N MAIN STREET

|  |  |  |
|---|---|---|
| Amt Sched: $251,978.88 | Debt: $576.83 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $576.83 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226290 | $7.92 | $0.00 | $7.92 | 02/04/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224506 | $47.81 | $0.00 | $47.81 | 01/13/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222733 | $21.53 | $0.00 | $21.53 | 10/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221737 | $26.25 | $0.00 | $26.25 | 09/30/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220677 | $30.49 | $0.00 | $30.49 | 09/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/07/2020 | 1219631 | $15.26 | $0.00 | $15.26 | 07/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/02/2020 | 1218604 | $16.60 | $0.00 | $16.60 | 06/12/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217630 | $22.17 | $0.00 | $22.17 | 05/19/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216612 | $22.52 | $0.00 | $22.52 | 04/29/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215334 | $366.28 | $0.00 | $366.28 | 04/01/2020 |
| | | | | Sub-totals: | $576.83 | $0.00 | $576.83 | |
| | | | | Grand Total: | $576.83 | $0.00 | | |