United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-01722-HWV
George M Light, Jr.  Chapter 13
Diana L Light
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2023 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George M Light, Jr., Diana L Light, 427 N. Main Street, Shrewsbury, PA 17361-1114 |
| aty | + | Karina Velter, Pincus Law Group, PLLC, 2929 Arch Street, Suite 1700, Philadelphia, PA 19104-7327 |
| 5118051 | + | Baltimore County, Marlyand, Ethan B. Hunt, Asst. County Atty, 400 Washington Ave., Suite 219, Towson, MD 21204-4606 |
| 5052872 | | John Deer Financial, PO Box 5327, Madison, WI 53705-0327 |
| 5052874 | | PNC Bank, Centralized Customer Assistance Tea, PO Box 1366, Pittsburgh, PA 15230-1366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 17 2023 18:44:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, UNITED STATES |
| cr | EDI: Q3G.COM | Aug 17 2023 22:33:00 | Quantum3 Group LLC, as agent for Comenity Capital, PO Box 788, Kirkland, WA 98083-0788 |
| 5055938 | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 17 2023 18:44:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5118050 | Email/Text: RKULESZA@BALTIMORECOUNTYMD.GOV | Aug 17 2023 18:44:00 | Baltimore County, Maryland, Ethan B. Hunt, Assistant County, 400 Washington Ave., St. 219, Townson, MD 21204 |
| 5052866 | Email/Text: RKULESZA@BALTIMORECOUNTYMD.GOV | Aug 17 2023 18:44:00 | Baltimore County Maryland, c/o Office of Budget and Finance, 400 Washington Ave., Room 150C, Towson, MD 21204-4665 |
| 5052867 | EDI: BANKAMER.COM | Aug 17 2023 22:33:00 | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 5066353 | EDI: BANKAMER.COM | Aug 17 2023 22:33:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5052868 | EDI: WFNNB.COM | Aug 17 2023 22:33:00 | Comenity Capital Bank/True Value, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5074469 | Email/Text: litbkcourtmail@johndeere.com | Aug 17 2023 18:43:00 | John Deere Financial f.s.b., PO Box 6600, Johnston, IA 50131 |
| 5052869 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Aug 17 2023 18:44:00 | EnerBank USA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 5053692 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Aug 17 2023 18:44:00 | EnerBank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 5052870 | Email/Text: ECF@fayservicing.com | Aug 17 2023 18:44:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680-9441 |
| 5076805 | Email/Text: ECF@fayservicing.com | Aug 17 2023 18:44:00 | Fay Servicing, LLC, Bankruptcy Department, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3000 Kellway Dr., Ste 150, Carrollton, TX 75006 |
| 5052871 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 17 2023 18:44:00 | Honda Financial Services, PO Box 6034, Newark, DE 19714-6034 |
| 5080721 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 17 2023 18:43:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5053492 | + | EDI: RECOVERYCORP.COM | Aug 17 2023 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5052873 | | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 18:54:19 | PennyMac Loan Services LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5070977 | | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 18:54:07 | PennyMac Loan Services, LLC, PO Box 2010, Moorpark, CA 93020 |
| 5073827 | | EDI: Q3G.COM | Aug 17 2023 22:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5077117 | | EDI: Q3G.COM | Aug 17 2023 22:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5052875 | | EDI: RMSC.COM | Aug 17 2023 22:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5052876 | | EDI: RMSC.COM | Aug 17 2023 22:33:00 | Synchrony Bank/TJX, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Quantum3 Group, LLC as agent for MOMA Funding LLC,, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

**Name** **Email Address**

Adam Bradley Hall

| | |
|---|---|
| | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 amps@manleydeas.com |
| Adam Bradley Hall | |
| | on behalf of Creditor Wilmington Trust National Association Et Al... amps@manleydeas.com |
| Harry B. Reese | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor Wilmington Trust National Association Et Al... bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Karina Velter | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Michael R Caum | |
| | on behalf of Debtor 2 Diana L Light mikecaumesq@comcast.net |
| Michael R Caum | |
| | on behalf of Debtor 1 George M Light Jr. mikecaumesq@comcast.net |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Quantum3 Group LLC as agent for Comenity Capital Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| William E. Craig | |
| | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William E. Craig | |
| | on behalf of Creditor Quantum3 Group LLC as agent for MOMA Funding LLC, successor in interest to Synchrony Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: George M Light Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8827<br>EIN: __–_____ | |
| Debtor 2: Diana L Light<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5539<br>EIN: __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 1:18-bk-01722-HWV | | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George M Light Jr.          Diana L Light

**By the court:**

8/17/23                      *[signature]* Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**